LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

May 5, 2021

MEMO ENDORSED

Ok

Colleen McMahon
5/5/2021

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Benny Rosario, et al.

Dear Judge McMahon:

I write to request a modified briefing schedule for the remaining filings in connection with Mr. Rosario's application for Compassionate Release.

The parties have now received Mr. Rosario's health and disciplinary records from the BOP. Accordingly, we propose that the Defendant's supplemental submission be filed on or before May 14, 2021, and the Government's opposition on or before May 28, 2021.

I thank the Court for its consideration and assistance.

Sincerely,

David Wikstrom