Benny Rosario
59 Imperial Park Dr
Middletown, NY 10941
(845)415-0176



DOC # 623

March 4, 2024

4/26/24
Motion for Early
termination is
Denied.

*Colleen McMahon*

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

### Re: United States of America v. Benny Rosario
### Docket Number: 10 CR 197-01 (CM)

Dear Judge McMahon,

Your Honor, I am writing to petition the Court for an early release from probation.

I was sentenced by this court to a period of incarceration of one hundred and sixty-eight (168) months followed by a period of supervised release for a term of sixty (60) months. I was released on January 14, 2022, and immediately started my supervised release term under U.S. P.O. Florence K. Duggan.

Due to my positive adjustment and compliance with supervision U.S.P.O Florence K. Duggan has transferred my case to the Low Intensity Caseload (LIC). I am currently under the supervision of Probation Service Tech, Brittany S. Valentine. Britany S. Valentine can be reached at (212) 805-0070, cell (917)418-3535 and email; Brittany_Valentine@nysp.uscourts.gov.

I have spoken with my former U.S.P.O. Valentine about my intention to request that the court grant me an early termination of my term of supervised release. U.S.P.O. Valentine states that she does not oppose my request and supports me in requesting early termination of my supervised release.

Upon my release, I immediately began working at Laz Parking and shortly after I transitioned to Interstate Waste Services. Currently I am working at Pepsi Co since May 2022 until present time and my job title is Material Handler

I have filed my tax returns for the last two years. I am attaching a copy of my 2022 and 2023 tax returns for your Honors ease of reference.

Given my commendable reentry into the community completion of various programs and performance on supervised release, I am respectfully requesting that the Court issue an order terminating my supervised release and discharging me from supervision.

I thank the Court for considering my request. If Your Honor requires any additional information, I would be happy to supply it.

Respectfully,

Benny J. Rosario